# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-10-3283-R**                         **DATE: November 16, 2010**

**TITLE: SCOTT NATHAN -V- 6126, LLC, et al**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>**William Horrell**</u>                                               <u>**N/A**</u>
**Deputy Clerk**                                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

      Not present                                                       Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON NOVEMBER 29, 2010 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                           Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                      D-M